

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00221-CR

**IN RE** Juan Roberto **RODRIGUEZ**

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Lori I. Valenzuela, Justice

Delivered and Filed: April 27, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On April 14, 2022, Relator Juan Roberto Rodriguez filed a pro se petition for writ of mandamus asserting the trial court failed to rule on two motions.

To establish a right to mandamus relief in a criminal case, the relator must show the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). A trial court has a ministerial duty to rule on a properly filed and timely presented motion. *In re State ex rel. Young v. Sixth Judicial Dist. Court of Appeals*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). However, a relator has the burden of providing this court with a record sufficient to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.7(a)(1) (requiring relator to file "a certified or

---

[1]This proceeding arises out of Cause No. 1990CR1294, styled *State of Texas v. Juan Roberto Rodriguez*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.

sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). A relator must provide the court of appeals with a record showing the motion at issue was properly filed, the trial court was made aware of the motion, and the motion has not been ruled on by the trial court for an unreasonable time period. *See In re Mendoza*, 131 S.W.3d 167, 167-68 (Tex. App.—San Antonio 2004, orig. proceeding).

Here, Rodriguez attached copies of his motions to his petition, but the motions are not file-stamped to indicate they were properly filed. *See id.* Rodriguez also did not provide this court with a record indicating the trial court was made aware of the motions or he had been waiting for a ruling for an unreasonable time. *See id.* Based on the record before us, Rodriguez has not shown himself entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied.

PER CURIAM

Do not publish